IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JEFFREY WADE GULLEY,        ) | |
|                               ) | |
|     Plaintiff,       ) | |
|                               )    CIVIL ACTION NO. | |
|   v.                  )       2:15cv887-MHT | |
|                               )            (WO) | |
| CAROLYN W. COLVIN,        ) | |
| Acting Commissioner of    ) | |
| Social Security,          ) | |
|                               ) | |
|     Defendant.        ) | |

OPINION

On November 30, 2015, plaintiff filed a complaint seeking review of the decision of the Commissioner of Social Security and a motion to proceed in forma pauperis. However, plaintiff failed to file the requisite affidavit of indigence in support of his motion for leave to proceed in forma pauperis. On February 10, 2016, the United States Magistrate Judge entered an order instructing plaintiff to either pay the civil filing fee or submit his affidavit of indigence on or before February 24, 2016. Plaintiff has not paid the civil filing fee and has not submitted

an affidavit in support of his application for leave to proceed in forma pauperis or otherwise responded to the magistrate judge's order.  Consequently, plaintiff has not properly commenced this action, 28 U.S.C. § 1915(a)(1), and the complaint will be dismissed without prejudice.

    An appropriate judgment will be entered.

    DONE, this the 6th day of April, 2016.

                           /s/ Myron H. Thompson_____
                          UNITED STATES DISTRICT JUDGE