```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JEFFREY WADE GULLEY,          )
                              )
     Plaintiff,               )
                              )        CIVIL ACTION NO.
     v.                       )         2:15cv887-MHT
                              )             (WO)
CAROLYN W. COLVIN,            )
Acting Commissioner of        )
Social Security,              )
                              )
     Defendant.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Plaintiff's motion to proceed in forma pauperis (doc. no. 2) is denied.

(2) Plaintiff's complaint (doc. no. 1) is dismissed without prejudice due to his failure to prosecute this action.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 6th day of April, 2016.

                        /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**